IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY HOUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 22-cv-02395-MSN-tmp |
| ) | |
| MEMPHIS LIGHT, GAS, AND ) | |
| WATER DIVISION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the court are the defendant, Memphis Light, Gas, and Water Division's ("MLGW") motions for protective order (ECF Nos. 66, 71) and motion to compel (ECF No. 67). The motions were referred to the undersigned on January 18, 2024. (ECF No. 74.) A hearing was held in person on January 31, 2024.

Regarding the motions for protective order, counsel agreed that the parties may conduct depositions and that they will meet and confer to discuss which portions of depositions previously taken in Houston v. MLGW, et al., No. 2:21-cv-02393-SHM-cgc ("Houston I") they will agree to stipulate to for the purposes of depositions taken in this case. Therefore, the motions for protective order are denied without prejudice.

Regarding the motion to compel, counsel for the plaintiff represented to the court that there are no documents from the

initial disclosures nor are there documents that are responsive to MLGW's requests for production. Counsel for plaintiff has agreed to provide a formal amended response to MLGW's requests for production indicating for each request that the plaintiff has no responsive documents to product. This amended response is due no later than Friday, February 2, 2024.

    IT IS SO ORDERED.

                              s/Tu M. Pham
                              TU M. PHAM
                              Chief United States Magistrate Judge

                              January 31, 2024
                              Date