# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| KIMBERLY HOUSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 22-cv-02395-MSN-tmp |
| | ) |
| MEMPHIS LIGHT, GAS, AND WATER DIVISION, | ) |
| | ) |
| Defendant. | ) |

## ORDER DIRECTING PARTIES TO TAKE DEPOSITIONS

On March 13, 2024, the court determined that some limited depositions would be permitted and that both parties will be allowed to file/re-file summary judgment motions based on this limited discovery. (ECF No. 111.) As ordered by the court, the parties submitted a Joint Notice of Depositions with the names of the individuals to be deposed and the dates on which the depositions will take place. (ECF Nos. 113, 115.) Pursuant to the joint notice, the undersigned directs the parties to conduct the following depositions:

1. Jacqueline Jones: **March 22, March 26, and April 1, 2024**
2. Eric Conway: **April 3, 2024**
3. 30(b)(6) designee Bettye Hartwell: **April 5, 2024**
4. 30(b)(6) designee Marcus Tate: **April 5, 2024**
5. Kimberly Houston: **April 16, 2024**

6. Angela Stewart: **April 24, 2024**

No further depositions outside of the individuals listed above will be permitted in this case.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

March 18, 2024
Date
