# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**KIMBERLY HOUSTON,**

    Plaintiff,

v.                                          Case No: 2:22-cv-2395

                                                                                                                           JURY DEMANDED

**MEMPHIS LIGHT GAS AND WATER DIVISION,**

    Defendant.

## PLAINTIFF KIMBERLY HOUSTON'S MOTION TO SUPPLEMENT SUMMARY JUDGMENT MOTION WITH ANDREA JAYE MOSBY'S DECLARATION WITH WET SIGNATURE

**COME NOW** Plaintiff Kimberly Houston (hereinafter referred to as "Plaintiff" or "Ms. Houston") and respectfully files this Motion to supplement her Motion for Partial Summary Judgment with Andrea Jaye Mosby's Declaration with a wet signature. In support of this Motion, Ms. Houston shows to the Court as follows:

1. On May 31, 2024, Ms. Houston filed her Motion for Partial Summary Judgment. (Doc. 129).

2. In support of Ms. Houston's Motion for Partial Summary Judgment, Ms. Houston filed the Declaration of Andrea Jaye Mosby ("Ms. Mosby"), which was attached as Exhibit 6 to Ms. Houston's Statement of Uncontested Material Facts. (Doc. 129-3).

3. Ms. Mosby's Declaration was signed via Docusign.

4. Since the Covid-19 pandemic, often at the encouragement of courts throughout the United States, undersigned counsel has used Docusign on numerous occasions to facilitate the signature of documents that were utilized in legal proceedings in a multitude of jurisdictions.

5. However, undersigned counsel has recently been made aware of an assortment of federal cases in which the courts in those matters did not permit the utilization of Docusign.

6. Thus, out of an abundance of caution, undersigned counsel now would like to re-file Ms. Mosby's Declaration with a wet signature. Nothing about Ms. Mosby's Declaration has been changed, supplemented, or amended. A copy of Ms. Mosby's Declaration with the wet signature is attached hereto as Exhibit A.

7. For summary judgment purposes, Ms. Houston proposes that the Parties simply replace Ms. Mosby's Docusign Declaration with Ms. Mosby's wet signature Declaration as Exhibit 6 to Ms. Houston's Statement of Uncontested Facts.

8. This Motion is not being filed for an undue purpose.

9. On June 13, 2024, undersigned counsel emailed MLGW's counsel to receive its position on the action requested by this Motion. As of the filing of this Motion, MLGW's counsel had not responded to the consultation email.

        Respectfully submitted,

        **SPENCE PARTNERS**

By:   /s/ Jarrett M.D. Spence
       Robert L. J. Spence, Jr. (BPR No. 12256)
       Jarrett M.D. Spence (BPR No. 034577)
       65 Union Avenue
       Suite 900
       Memphis, Tennessee 38103
       Office: (901) 312-9160
       Facsimile: (901) 521-9550
       rspence@spencepartnerslaw.com
       jspence@spencepartnerslaw.com

       *Attorneys for Plaintiff Kimberly Houston*

## **CERTIFICATE OF CONSULTATION**

I hereby certify that on June 13th, 2024, Plaintiff's counsel consulted with Defendant's counsel via electronic mail concerning the relief sought herein. As of the filing of this Motion, MLGW's counsel had not responded to Plaintiff's counsel's consultation email.

        /s/ Robert L. J. Spence Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

This 13th day of June, 2024.

                                                         /s/ Jarrett M.D. Spence