IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**KIMBERLY HOUSTON,**

    Plaintiff,

v.                                            Case No: 2:22-cv-2395

                                                  JURY DEMANDED

**MEMPHIS LIGHT GAS AND WATER DIVISION,**

    Defendant.

**PLAINTIFF KIMBERLY HOUSTON'S AMENDED MOTION TO SUPPLEMENT SUMMARY JUDGMENT MOTION WITH KIMBERLY HOUSTON'S AND ANDREA JAYE MOSBY'S RESPECTIVE DECLARATION WITH WET SIGNATURE**

    **COME NOW** Plaintiff Kimberly Houston (hereinafter referred to as "Plaintiff" or "Ms. Houston") and respectfully files this Motion to supplement her Motion for Partial Summary Judgment with Kimberly Houston's Declaration with a wet signature and Andrea Jaye Mosby's Declaration with a wet signature. In support of this Motion, Ms. Houston shows to the Court as follows:

    1. On May 31, 2024, Ms. Houston filed her Motion for Partial Summary Judgment. (Doc. 129).

    2. In support of Ms. Houston's Motion for Partial Summary Judgment, Ms. Houston filed her Declaration and the Declaration of Andrea Jaye Mosby ("Ms. Mosby"), which were attached as Exhibit 4 and 6 to Ms. Houston's Statement of Uncontested Material Facts. (Doc. 129-3).

    3. Ms. Houston's and Ms. Mosby's Declaration were signed via Docusign.

4. Since the Covid-19 pandemic, often at the encouragement of courts throughout the United States, undersigned counsel has used Docusign on numerous occasions to facilitate the signature of documents that were utilized in legal proceedings in a multitude of jurisdictions.

5. However, undersigned counsel has recently been made aware of an assortment of federal cases in which the courts in those matters did not permit the utilization of Docusign.

6. Thus, out of an abundance of caution, undersigned counsel now would like to re-file Ms. Houston's and Ms. Mosby's Declaration with a wet signature. Nothing about Ms. Houston's Declaration or Ms. Mosby's Declaration has been changed, supplemented, or amended. A copy of Ms. Houston's and Ms. Mosby's Declaration with wet signatures are attached hereto as Exhibit A and Exhibit B.

7. For summary judgment purposes, Ms. Houston proposes that the Parties simply replace her Docusign Declaration and Ms. Mosby's Docusign Declaration with the wet signature Declarations as Exhibit 4 and 6 to Ms. Houston's Statement of Uncontested Facts.

8. This Motion has been amended to include Ms. Houston's Declaration now that she has had the opportunity to physically sign her Declaration.

9. This Motion is not being filed for an undue purpose.

10. On June 18, 2024, undersigned counsel emailed MLGW's counsel to receive its position on the action requested by this Motion. As of the filing of this Motion, MLGW's counsel had not responded to the consultation email.

        Respectfully submitted,

        **SPENCE PARTNERS**

    By: /s/ Jarrett M.D. Spence
       Robert L. J. Spence, Jr. (BPR No. 12256)
       Jarrett M.D. Spence (BPR No. 034577)
       65 Union Avenue
       Suite 900
       Memphis, Tennessee 38103
       Office: (901) 312-9160
       Facsimile: (901) 521-9550
       rspence@spencepartnerslaw.com
       jspence@spencepartnerslaw.com

       *Attorneys for Plaintiff Kimberly Houston*

## CERTIFICATE OF CONSULTATION

I hereby certify that on June 18th, 2024, Plaintiff's counsel consulted with Defendant's counsel via electronic mail concerning the relief sought herein. As of the filing of this Motion, MLGW's counsel had not responded to Plaintiff's counsel's consultation email.

        /s/ Robert L. J. Spence Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

This 18th day of June, 2024.

/s/ Jarrett M.D. Spence